|   |   |
|---|---|
| KENNETH C. PARKER, | Case No. C11-6026-TSZ |
| Plaintiff, |   |
| v. | ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, |   |
| Defendant. |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, does hereby find and ORDER:

(1)   The Court adopts the unopposed Report and Recommendation.

(2)   The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

ORDER REMANDING CASE
PAGE - 1

1     (3)    The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

    DATED this 3rd day of November, 2012.

                                    /s/ Thomas S. Zilly
                                  THOMAS S. ZILLY
                                  United States District Judge