1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
9  AT SEATTLE

10 | KENNETH C. PARKER, | Case No. C11-6026-TSZ
11 | Plaintiff, |
12 | v. | ORDER REVERSING AND
13 |   | REMANDING CASE FOR FURTHER
   |   | ADMINISTRATIVE PROCEEDINGS
14 | MICHAEL J. ASTRUE, Commissioner of Social Security, |
15 | Defendant. |
16

17

18  The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

19  papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

20  the Honorable James P. Donohue, United States Magistrate Judge, does hereby find and

21  ORDER:

22  (1)  The Court adopts the unopposed Report and Recommendation.

23  (2)  The final decision of the Commissioner is REVERSED and this case is

24  REMANDED to the Social Security Administration for further proceedings consistent with the

25  Report and Recommendation.

26

ORDER REMANDING CASE
PAGE - 1

1       (3)    The Clerk of the Court is directed to send copies of this Order to the parties and
2 to Judge Donohue.

3       DATED this 3rd day of November, 2012.

                                      THOMAS S. ZILLY
                                      United States District Judge

ORDER REMANDING CASE
PAGE - 2